Entered on Docket February 15, 2013

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 12-22799-TWD |
| BENJAMIN EUGENE KEITH, | CHAPTER NO. 7 |
| Debtor. | ORDER FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT |

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of Provident Funding Associates, L.P. and its successors and assigns, (hereinafter "Provident"), by its attorneys Robinson Tait, P.S., for an Order terminating the automatic stay of lien enforcement under Bankruptcy Code § 362 as it affects and permitting to proceed to enforce its lien against that parcel of real property described as follows:

> LOTS 1, 2 AND 3, BLOCK 83, REPLAT OF WEST SEATTLE LAND AND IMPROVEMENT COMPANY'S THIRD PLAT, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 9 OF PLATS, PAGE 58, RECORDS OF KING COUNTY, WASHINGTON.
>
> EXCEPT THE NORTHEASTERLY 10 FEET OF SAID LOT 3;
>
> SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON

ORDER FOR RELIEF FROM AUTOMATIC
STAY AND ABANDONMENT - 1
60384-0377-BK-1\Washington (Western) Order for Relief

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

commonly known as 2318 Belvidere Ave SW, Seattle, WA 98126, and the Court, having reviewed the Response to the Motion for Relief and the reply thereto, makes the following order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay of lien enforcement is terminated as to any actions in the foreclosure of its collateral as it affects Provident Funding, the Trustee, and the Successor Trustee of its Deed of Trust and that is authorized to commence or continue an action against said real property pursuant to the laws of the State of Washington, including but not limited to judicial and/or nonjudicial foreclosure, deed in lieu and eviction, if necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the property is hereby deemed abandoned by the Chapter 7 Trustee and bankruptcy estate;

~~IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall be effective immediately, and the 14 day stay of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) is hereby waived.~~

It is FURTHER ORDERED, ADJUDGED AND DECREED and this order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other workout/loss mitigation agreement and to contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

///End of Order///

ORDER FOR RELIEF FROM AUTOMATIC
STAY AND ABANDONMENT - 2
60384-0377-BK-1\Washington (Western) Order for Relief

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

Presented by:

/s/ Lisa McMahon-Myhran_____
Lisa McMahon-Myhran, 27559
Maya Anderson
ROBINSON TAIT, P.S.
Attorneys for Provident Funding Associates,
L.P. and its successors and assigns

ORDER FOR RELIEF FROM AUTOMATIC
STAY AND ABANDONMENT - 3
60384-0377-BK-1\Washington (Western) Order for Relief

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104